## Sinclair, Appellant, *v.* Sinclair.

Argued November 14, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

Before MARSHALL, J.

*Louis C. Glasso,* for appellant.

*Norman Paul Wolken,* with him *Wolken & Landy,* for appellee.

OPINION PER CURIAM, December 14, 1961:

The order of the Court of Common Pleas of Allegheny County is affirmed on the opinion of Judge ROBERT VAN DER VOORT for the court below, reported at 25 Pa. D. & C. 2d 475.